MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada State Bar No. 4954
MUSHKIN CICA COPPEDGE
4495 S. Pecos Road
Las Vegas, Nevada 89121
702-454-3333 Telephone
702-386-4979 Fax
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

*Attorneys for Plaintiff*
*Steven Michael*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| STEVEN MICHAEL, an individual; | Case No.: 2:18-cv-000465-APG-VCF |
| Plaintiff, | |
| vs. | |
| STATE FARM FIRE AND CASUALTY COMPANY; DOE DEFENDANTS 1-10; ROE DEFENDANTS 11-20; | |
| Defendants. | |

### STIPULATION AND ORDER TO EXTEND DEADLINE
### FOR PLAINTIFFS' RESPONSE TO
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff Steven Michael, by and through his attorney and L. Joe Coppedge, of the law firm Mushkin Cica Coppedge, and Defendant State Farm Fire and Casualty Company, by and through its attorneys Martin J. Kravitz and Wade Van Sickle, of the law firm Kravitz, Schnitzer & Johnson, Chtd., hereby stipulate and agree to extend the deadline for Plaintiff to respond to Defendant's Motion to Motion for Summary Judgment in order to provide Plaintiff with adequate time to respond. The need for the brief extension is precipitated

by a temporary medical issue involving plaintiff's counsel.

IT IS HEREBY STIPULATED that the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment, currently due on October 3, 2018, shall be extended by a period of nine (9) days, making the new deadline on or before October 12, 2018.

**IT IS SO STIPULATED.**

Dated this 2nd day of October 2018.

MUSHKIN CICA COPPEDGE

/s/L. Joe Coppedge
MICHAEL R. MUSHKIN, ESQ.
Nevada Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada Bar No. 4954
4495 S. Pecos Road
Las Vegas, NV 89121
Telephone: 702-454-3333
Facsimile: 702-386-4979
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com
*Attorneys for Plaintiff*

Dated this 2nd day of October 2018.

KRAVITZ, SCHNITZER & JOHNSON, CHTD.

/s/Wade Van Sickle
MARTIN J. KRAVITZ, ESQ
Nevada Bar No. 83
WADE VAN SICKLE, ESQ.
Nevada Bar No. 13604
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
mkravitz@ksjattorneys.com
wvansickle@ksjattorneys.com
*Attorneys for Defendant*

IT IS SO ORDERED.

Dated: October 2, 2018.

_____
U.S. DISTRICT COURT JUDGE