Michael R. Mushkin, Esq.
Nevada Bar No. 2421
L. Joe Coppedge
Nevada Bar No. 4954
MUSHKIN CICA COPPEDGE
4475 South Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Fax: (702) 454-3333
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

*Attorneys for Plaintiff,*
*Steven Michael*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN MICHAEL, an individual;<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY; DOE DEFENDANTS 1-10; ROE DEFENDANTS 11-20;<br><br>Defendant/Counterclaimant. | Case No.: 2:18-cv-00465-APG-VCF |

## STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE

## (FIRST REQUEST)

Plaintiff, Steven Michael, by and through his attorney of record, L. Joe Coppedge, of the law firm Mushkin Cica Coppedge, and Defendant, State Farm Fire and Casualty Company, by and through its attorney of record, Wade Van Sickle, of the law firm of Kravitz, Schnitzer & Johnson stipulate and agree to extend the deadline for Plaintiff to respond to Defendants Renewed Motion for Summary Judgment ("Motion") filed herein.

In support of this stipulation, the parties state that on June 14, 2019, Defendant filed its Renewed Motion for Summary Judgment (Doc. 23). The parties have agreed to extend the deadlines for Plaintiff to respond to the Motion for a period of four (4) days.

IT IS HEREBY STIPULATED that the deadline for Plaintiff to respond to Defendant's Renewed Motion for Summary Judgment (Doc. 23), currently due on July 5, 2019 shall be extended for a period of four (4) days to July 9, 2019.

Dated this 3rd day of June, 2019

MUSHKIN • CICA • COPPEDGE

/s/ L. Joe Coppedge
L. JOE COPPEDGE
Nevada State Bar No. 4954
4495 S. Pecos Road
Las Vegas, Nevada 89121
Attorneys for Plaintiff
*Steven Michael*

Dated this 3rd day of June, 2019

KRAVITZ, SCHNITZER & JOHNSON

/s/ Wade Van Sickle
WADE VAN SICKLE
Nevada Bar No. 13604
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Attorneys for Defendant
*State Farm Fire and Casualty*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 8, 2019.